
## Minutes of the United States District Court
### Southern District of California
### JUNE 2, 2008

| HON. LEO S. PAPAS | DEPUTY CLERK: J. JARABEK |
|---|---|

TAPE NO. LSP08-13:58-14:35

| 08MJ1684-LSP | USA | vs. | FRANK BERTOLINO III (1)(C)(SE) 08687298 |
| | | | DOMINICK BERTOLINO (2)(C)(SE) 08688298 |

INITIAL APP                    DAN SMITH, GENERAL APPEARANCE FOR DEFT #1
ON COMP                       JAMES CHAVEZ OF FEDERAL DEFENDERS, S/A FOR DEFT #2

AUSA: JOHN KRAMER

DOA: 5/28/08

CASE REASSIGNED TO JUDGE PAPAS

GOVT'S ORAL MOTION TO UNSEAL THE COMPLAINT AND ARREST WARRANTS - GRANTED

DFTS' FIRST APPEARANCE; DFTS INFORMED OF CHARGES

MICHAEL CROWLEY, CJA - PROVISIONALLY APPOINTED FOR DEFT #2

COURT SETS BOND AT $100,000 P/S OR C/CS AS TO EACH DEFENDANT

PRELIMINARY HEARING SET FOR 6/12/08 9:30AM BEFORE JUDGE PAPAS

13 MINS